# COCONUTZ
## Sports Bar & Grill
All Games All Times NFL Sunday Ticket

## www.coconutz-costarica.com
### Phone: 2670-1982

 tripadvisor

 Coconutz Costa Rica

...WAS ESTABLISHED BY 2 GUYS THAT WANTED TO GET AWAY FROM THE BULLSHIT. THEY CAME TO COSTA RICA TO GO SCUBA DIVING, GOT DRUNK AND BOUGHT A BAR....

WE WANT ALL OF OUR CUSTOMERS TO HAVE A GREAT DRINKING AND EATING EXPERIENCE!

"DONT GET DRUNK IN COSTA RICA, YOU MIGHT BUY SOMETHING!!!"

EXHIBIT A

Coconutz Costa Rica
Like This Page · December 2, 2011

Bar staff drinking to a great new year...





**EXHIBIT B**

February 8, 2011 Coconutz Facebook Page







**EXHIBIT C**

Coconutz Costa Rica
Like This Page · January 5, 2014 ·

With Daniel U Kososki.





EXHIBIT D

REPORTS_000083

Coconutz Costa Rica
Like This Page · March 25, 2014 · Edited ·

That's one keg down..... — with Daniel U Kososki.





EXHIBIT E

November 26, 2015 Coconutz Facebook Page



EXHIBIT F



**Daniel U Kososki** added 12 new photos.
February 28, 2016

Motorcycle weekend in Puntarenas CR. Like Sturgis 70 years ago. Smaller is better but it's always funny til someone gets hurt, then it's hilarious!! It's got it all tho. Beer, bikes and boobs!!!



Case 2:17-cr-00204-JPS   Filed 08/31/18   Page 7 of 11   Document 25-1

EXHIBIT G


**Daniel U Kososki**
February 28, 2016 · Punta Arenas, Costa Rica

Just another "horny" day on the Harley





EXHIBIT H



**Daniel U Kososki** added 5 new photos.
April 4, 2016 · La Cruz, Costa Rica

To all of you in Wisconsin. Eat your heart out. We ride year round down here.





EXHIBIT I



**Department of Veterans Affairs**
**Office of Inspector General**
**Criminal Investigations Division**

# MEMORANDUM OF INTERVIEW

Appr:  GAH

| | |
|---|---|
| Case File: | 2015-2899-IC-0208 |
| Date of Interview: | 1/23/2018 |
| Time: | 1240pm |
| Place of Interview: | Telephonic |
| | |
| Interviewee: | Barbra McCulloch |
| | |
| By: | SA Raymond P. Vasil, 1/26/2018 |

On the above date and time, I interviewed Barbra McCulloch via telephone regarding Dan KOSOSKI. The following is a non-verbatim summary of the interview:

- McCulloch first met KOSOSKI approximately four years ago when she purchased a residence in Costa Rica. Her first interactions with KOSOSKI were as a patron at his bar, Coconutz.
- Approximately two years ago McCulloch moved full-time to Costa Rica to become the general manager of Coconutz.
- McCulloch described KOSOSKI as the owner of Coconutz. She stated that while he owned the restaurant he was at the business every day. Coconutz opens daily at 9:00 a.m. and serves breakfast. KOSOSKI usually arrived at the business between 8:00 a.m. and 9:00 a.m. and he stayed until approximately 1:00 p.m. to 2:00 p.m. He then later returned to the business around dinner time. Depending on how busy the business was, KOSOSKI would stay from an hour to several hours, sometimes closing the bar. She stated the bar didn't have an official closing time; it closed when the last customer left.
- McCulloch stated KOSOSKI often counted cash from the day's business; he told her all of his employees stole from him. KOSOSKI participated in ordering supplies for special events at the bar, prepared menus, and greeted and dealt with customers while at the bar.
- McCulloch stated Coconutz only reported credit card sales to Costa Rican authorities when KOSOSKI owned the business. It was sold approximately six months ago. She witnessed KOSOSKI possess large amounts of currency in his office. She did not know exactly what KOSOSKI did with the cash after it arrived in his office. She stated there is a safe in the office, but she didn't think it would be wise to keep large sums of cash in the business for prolonged periods as it would make the business a target for thieves.
- I asked McCulloch if another employee would have had to be hired if KOSOSKI didn't perform the duties he performed and she stated that yes, another employee would have to perform those tasks. I asked her who currently

FOR OFFICIAL USE ONLY
(Public Availability to be Determined Under 5 USC 552 and 552a)

VA OIG CI Form FD207-9
05/11   Case 2:17-cr-00204-JPS   Filed 08/31/18   Page 10 of 11   Document 25-1

EXHIBIT J

- completed KOSOSKI's duties and she stated that she does.
- KOSOSKI did complain on occasion about depression, leg issues and headaches.
- McCulloch stated KOSOSKI liked to be the center of attention, but he was difficult to work for. On one occasion, she quit after arguing with him. She was hired back approximately one week later when KOSOSKI called and asked her to return.
- McCulloch stated that she would be willing to come to court to testify regarding her dealings with KOSOSKI and her employment at Coconutz.